AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>    1:23 MJ 4163 | Date and time warrant executed:<br><br>June 2, 2023 @ approx. 11:27 PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of :<br><br>    TFO Randall Mull - DEA Toledo | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>Subject Parcel 1 - USPS Priority Mail package bearing tracking no. 9405536104262884274462, addressed to recipient S. P PRODUCTIONS, 4012 VENICE RD LOT 18, SANDUSKY, OH 44870, bearing a return address to MOTORSPORT AUTO – THE Z-STORE, 1139 W COLLINS AVE, ORANGE, CA 92867 containing approximately 8 lbs gross weight of suspected assorted marijuana/THC and psilocybin edibles and consumables.<br><br>Subject Parcel 2 - USPS Priority Mail package bearing tracking no. 9405536106089894338322, addressed to recipient S. P PRODUCTIONS, 4012 VENICE RD LOT 18, SANDUSKY, OH 44870, bearing a return address to QUENTON FORD, 9393 TIDWELL RD, HOUSTON, TX 77078 containing approximately 498.69 grams gross weight of suspected marijuana.<br><br><br><br>**FILED**<br><br>8:15 am Jun 06 2023<br>**Clerk U.S. District Court**<br>**Northern District of Ohio**<br>**Cleveland** | | |
| **Certification** | | |
|      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date:   06/05/2023<br><br>_____     _____<br>                                *Executing officer's signature*<br><br>                      Tyler J. Sherman, U.S. Postal Inspector<br>                               *Printed name and title* | | |

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means    ❏ Original    ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio ▾

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Two U.S. Postal Service Parcels further described in<br>Attachment A by Subject Parcel 1 and Subject Parcel<br>2 | )<br>)<br>)  Case No.  1:23 MJ 4163<br>)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____Ohio, Eastern Division_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 843(b)

**YOU ARE COMMANDED** to execute this warrant on or before _____June 16, 2023_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Jonathan D. Greenberg_____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*    ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:    ___06-02-2023    1916___                                 *Judge's signature*

City and state:       ___Cleveland, Ohio___                      Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*